IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHEP TECHNOLOGY PTY LIMITED and CHEP USA, | ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | C.A. No. _____ |
| v. | ) ) | |
| IVISYS AB, IVISYS SWEDEN AB, and IVISYS INC., | ) ) ) | **DEMAND FOR JURY TRIAL** |
| Defendants. | ) ) | |

## COMPLAINT

Plaintiffs CHEP Technology Pty Limited ("CHEP Limited") and CHEP USA ("CHEP USA") (collectively, "Plaintiffs" or "CHEP"), by and through their undersigned attorneys, file this Complaint against Defendants IVISYS AB, IVISYS Sweden AB, and IVISYS INC. (collectively, "Defendants" or "IVISYS") and in support thereof alleges as follows:

## NATURE AND BASIS OF ACTION

1.     This is an action for patent infringement under the patent laws of the United States, 35 U.S.C. § 1 *et seq.* CHEP seeks injunctive relief, damages, and recovery of its reasonable costs and attorneys' fees.

## PARTIES

2.     Plaintiff CHEP Technology Pty Limited is a company organized and existing under the laws of Australia with a principal place of business at Level 29, 255 George Street, Sydney, NSW2000, Australia.

3.     Plaintiff CHEP USA is a New York partnership with a principal place of business at 5897 Windward Parkway, Alpharetta, Georgia 30005. The partners of CHEP USA are Brambles North America Incorporated and Brambles Industries, LLC. Brambles North America

Incorporated is a Delaware Corporation with its principal office at 5897 Windward Parkway, Alpharetta, Georgia 30005. Brambles Industries, LLC is a Delaware LLC with its principal office at 5897 Windward Parkway, Alpharetta, Georgia 30005. The sole member of Brambles Industries, LLC is Brambles North America Incorporated, a Delaware Corporation with its principal office at 5897 Windward Parkway, Alpharetta, Georgia 30005.

4. On information and belief, Defendant IVISYS AB is a company organized and existing under the laws of Sweden with a principal place of business at Sundbybergs Torg 1H, 172 67 Sundbyberg, Sweden.

5. On information and belief, Defendant IVISYS Sweden AB is a company organized and existing under the laws of Sweden with a principal place of business at Sundbybergs Torg 1H, 172 67 Sundbyberg, Sweden.

6. On information and belief, Defendant IVISYS INC. is a company organized and existing under the laws of the State of Delaware with a principal place of business at 8 S Michigan Ave, Suite 810, Chicago, IL 60603. IYISYS INC. may be served via its Registered Agent, Corporation Service Company, 251 Little Falls Drive, Wilmington, Delaware 19808.

7. On further information and belief, IVISYS INC. is owned by and/or is a subsidiary of IVISYS AB.

8. On further information and belief, IVISYS Sweden AB is owned by and/or is a subsidiary of IVISYS AB.

9. Upon information and belief, IVISYS AB, IVISYS Sweden AB, and IVISYS INC. are affiliated entities, share common ownership, and collectively operate as "IVISYS".

## JURISDICTION AND VENUE

10. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and 1338(a) because this Complaint includes a cause of action for patent

infringement under the patent laws of the United States, including, but not limited to, 35 U.S.C. §§ 271, 281, 283-285, and 287.

11.     This Court has personal jurisdiction over IVISYS INC. because, inter alia, IVISYS, INC. is a company organized and existing under the laws of the State of Delaware.

12.     This Court has personal jurisdiction over IVISYS AB and IVISYS Sweden AB under Federal Rule of Civil Procedure Rule 4(k)(1) because *inter alia*, Delaware's long-arm statute permits service of process on Defendants IVISYS AB and IVISYS Sweden AB and the exercise of personal jurisdiction over both entities comports with the Due Process Clause of the Constitution. In particular, upon information and belief, IVISYS INC. and IVISYS Sweden AB act on the behalf of, and/or at the direction of, IVISYS AB. On further information and belief IVISYS AB also controls the business operation of IVISYS INC. and IVISYS Sweden AB.

13.     For example, in the spring of 2024, IVISYS publicly announced on LinkedIn that it had opened the IVISYS INC. office in Chicago, IL and boasted that it "continues to expand its presence in the US market." On further information and belief, in 2022, IVISYS employed Business Sweden to help guide its US expansion, including, successfully complete business registration, gain finance and accounting support, adapt its business practices to the US labor market and help establish HR infrastructure development support when it established IVISYS in the United States.

14.     In the alternative, this Court has personal jurisdiction over IVISYS AB and IVISYS Sweden AB under Federal Rule of Civil Procedure Rule 4(k)(2).

15.     Venue is proper in this District under 28 U.S.C. §§ 1391 and 1400(b). IVISYS INC. is a domestic corporation organized and existing under the laws of the State of Delaware and registered in this District. On information and belief, IVISYS AB and IVISYS Sweden AB are

limited companies based in Sweden and venue is proper, *inter alia*, pursuant to 28 U.S.C. § 1391(c)(3) and/or 28 U.S.C. § 1391(b)(3).

## FACTUAL BACKGROUND

### Pallets and Commerce

16.    In general, pallets are used for the purpose of hauling, loading, unloading, and storing goods as those goods move in commerce from their manufacturers to distributors to wholesalers and finally to retailers, where they are offered for purchase by the average consumer.

17.    Many of the pallets circulating in the United States are common white pine wood pallets that come in varying shapes, sizes, and levels of quality. These pallets, bearing no coloring or demarcation, are often called "white wood" pallets.

18.    White wood pallets are typically bought by manufacturers who place their products on these pallets. The manufacturers then sell their product, along with the pallet, to their distributors. The distributors then reuse these pallets and sell the excess to pallet dealers or recyclers, who may repair the pallets, resell them to those in need of pallets, or dispose of the pallets.

19.    The strength and condition of pallets is important. Pallets that are not adequately and regularly inspected, maintained, and repaired are prone to breakage because of the constant handling by manufacturers, distributors, and retailers.

### CHEP and Its ADI Technology

20.    CHEP is an industry leader in providing pallet and container pooling services, serving customers in a wide range of industrial, commercial, and retail supply chains.

21.    Instead of purchasing new or recycled pallets for each shipment, manufacturers and distributors of products and goods lease pallets from CHEP as part of what is referred to as a pallet

pool system. This allows manufacturers and distributors to receive and ship products on uniform, high-quality pallets that are owned and maintained by CHEP.

22.     The CHEP pallet pool system involves the use of high-quality pallets by multiple customers or users. Although there are variations, the following is a general explanation of how the system works. CHEP leases its pallets to manufacturers who use the CHEP pallets as a platform for the transportation of goods to distributors and retailers. The distributors and retailers, in turn, use the CHEP pallets within their distribution system and stores until the original manufacturer's product is emptied from the pallet. The empty pallets are then set aside for return to, or collection by, CHEP.

23.     To maintain its pallets, CHEP operates over 150 CHEP service centers across the United States alone. At CHEP's services centers, if necessary, the empty CHEP pallets are inspected, cleaned, repaired, and/or repainted, and then sent back to manufacturers to repeat the cycle again.

24.     Traditionally, the inspection, cleaning, and repair of wooden pallets in CHEP's service centers was a very labor intensive and manual process. This process traditionally involved visual inspection by an employee, manual handling and transfer by human operated forklifts to one or more repair stations, and manual cleaning and repair by one or more employees.

25.     This manual process was often time-consuming and costly, prone to human errors and inconsistencies (especially in the inspection process), and often raised various safety concerns.

26.     Recognizing many of these concerns with manual inspection and repair, CHEP was a pioneer in developing an automated process for the inspection and repair of pallets.

27.     One of CHEP's many innovations in this area is its Automated Digital Inspection (ADI) pallet sorting and repair technology.

28.     CHEP's ADI technology includes an automated pallet inspection system that utilizes various cameras, lasers, and other sensors to inspect and identify the type of pallet, the dimensions of the pallet, and whether the pallet has any structural damage or other defects.

29.     Pallets are then automatically sorted based on whether they need to be repaired or not, and further to one or more repair stations based on the types of repairs that may need to be made before the pallet can be returned to the pallet pool.

30.     In conjunction with its ADI technology, CHEP has also introduced the use of robots and other automation features that assist in the movement, sorting, and stacking of pallets in the automated lines in its service centers.

31.     CHEP employs its ADI technology and the use of robots and other automation features in many of its service centers in the US and abroad.

32.     When it comes to inspection, sorting, and repair, the use of CHEP's ADI technology – especially when combined with these other automation features – significantly reduces the possibility of human error in the inspection process. It also significantly increases the sorting and repair capacity in CHEP's service centers, which in turn improves the company's overall capacity to deliver uniform, high-quality pallets to its customers. It also increases safety by reducing the risk of operator fatigue and repetitive motion injuries in CHEP's service centers.

33.     CHEP's ADI technology is at the core of the company's business and has permitted the company to stay at the forefront of the industry for the inspection, sorting, and repair automation for pallets.

34.     As a result of CHEP's efforts as a pioneer in developing an automated process for the inspection and repair of pallets, CHEP applied for and was granted numerous U.S. and international patents on various aspects of its innovative ADI technology, including U.S. Patent

Nos.: 7,765,668 ("the '668 Patent"); 8,881,360 ("the '360 Patent"); and 8,918,976 ("the '976 Patent").

35.     The '668 Patent, entitled "Automated Pallet Inspection and Repair," was filed on December 10, 2003, and after a full and fair examination, was duly and legally issued by the United States Patent and Trademark Office ("PTO") on August 3, 2010. A true and correct copy of the '668 Patent is attached hereto as Exhibit A.

36.     CHEP Limited is the owner of all right, title, and interest in and to the '668 Patent, including the right to make, use, offer for sale, sell, import, and enforce the '668 Patent. CHEP USA has an exclusive license from CHEP Limited to make, use, offer for sale, sell, and import products and processes that practice the '668 Patent in the United States.

37.     The '360 Patent, entitled "Software and Methods For Automated Pallet Inspection and Repair," was filed on May 6, 2011, and after a full and fair examination, was duly and legally issued by the United States Patent and Trademark Office ("PTO") on November 11, 20214. A true and correct copy of the '360 Patent is attached hereto as Exhibit B.

38.     CHEP Limited is the owner of all right, title, and interest in and to the '360 Patent, including the right to make, use, offer for sale, sell, import, and enforce the '360 Patent. CHEP USA has an exclusive license from CHEP Limited to make, use, offer for sale, sell, and import products and processes that practice the '360 Patent in the United States.

39.     The '976 Patent, entitled "Automated Digital Inspection and Associated Methods," was filed on March 29, 2007, and after a full and fair examination, was duly and legally issued by the United States Patent and Trademark Office ("PTO") on December 30, 2014. A true and correct copy of the '976 Patent is attached hereto as Exhibit C.

40.     CHEP Limited is the owner of all right, title, and interest in and to the '976 Patent, including the right to make, use, offer for sale, sell, import, and enforce the '976 Patent. CHEP USA has an exclusive license to make, use, offer for sale, sell, and import products and processes that practice the '976 Patent in the United States.

## UNLAWFUL CONDUCT

41.     Upon information and belief, third-party Alliance Automation LLC ("Alliance") was formed in 2008 and is a production line automation system integrator.

42.     Upon further information and belief, Alliance designs, builds, and installs automation systems for various industries, including custom automation systems for the automative industry, custom automation systems for the manufacturing industry, and pallet and lumber automation equipment and systems.

43.     Almost immediately after Alliance was formed in 2008, it became involved with CHEP and its pallet service centers. In particular, Alliance began working with CHEP to help automate various aspects of its pallet service centers.

44.     For over 15 years, CHEP has worked with Alliance as a preferred supplier to provide automation and installation services for various aspects of its pallet service centers, including the installation and integration of CHEP's ADI technology. CHEP has provided Alliance with tens of millions of dollars of business, often on an annual basis, related to Alliance's automation and installation services for CHEP's pallet service centers.

45.     Alliance has recently decided that it not only wants to be a service provider to CHEP but also wants to directly compete with certain of CHEP's core technology – such as its ADI technology. For example, in or around December 2022, CHEP learned that Alliance was offering for sale and/or selling a pallet inspection system called the iPallet.

46. After investigating how the iPallet system operated, CHEP, through its outside counsel, sent Alliance a notice letter asserting that the iPallet system appeared to infringe one or more claims of the '976 Patent. A copy of the December 20, 2022, notice letter to Alliance regarding iPallet system is attached hereto as Exhibit D.

47. In response, on February 20, 2023, Doug Wenninger, the CEO of Alliance, responded to the December 20, 2022, letter via email and stated that "we acknowledge that the iPallet system does seem to infringe upon the subject patent." Mr. Wenninger further stated that "all references to the iPallet system have been removed from our website as well as our other marketing media" and "our sales force has been instructed that this is no longer a product that we will offer for sale." A copy of Mr. Wenninger's February 20, 2023, email is attached hereto as Exhibit E.

48. However, less than a year later, on December 1, 2023, IVISYS and Alliance jointly announced that they had entered an exclusive partnership to commercialize IVISYS' PalletAI pallet inspection system in North America. A true and correct copy of the press release in Pallet Enterprise dated December 1, 2023, is attached hereto as Exhibit F.

49. Upon information and belief, IVISYS' primary product offering is the PalletAI pallet inspection system.

50. Upon information and belief, the PalletAI pallet inspection system was formerly known as "PalletInspector."

51. According to IVISYS' website, and upon information and belief, the PalletAI is a pallet inspection system that combines cameras, lasers, and tailored illumination that is capable of scanning and/or inspecting various attributes of pallets, including but not limited to, overall dimensions (L x W x H), dimensions of individuals boards, tunnel width and height, component

alignment (such as gaps between boards), and defects, such as, cracks, missing, broken, or dislocated boards, broken or damaged blocks, protruding nails, material loss or missing components. See https://ivisys.com/pallet-ai/; *see also* Exhibit G, (Printouts from the IVISYS' Website).

52.     According to IVISYS' website, and upon information and belief, the PalletAI system also includes an inspection control kiosk that contains a graphical user interface (GUI) display screen that shows one or more 2-D images of the pallet that has been scanned and/or inspected by the system. The type of pallet and any defects in the pallet are then displayed on the GUI display screen. The Pallet AI system can be paired with a sorting system that then sorts the pallets based on various criteria, including the type of pallet and whether the pallet needs to be repaired. The PalletAI system can also generate a report that lists each failed pallet and the specific defects of each pallet that needs to be repaired. *See* Ex. G, Printouts from the IVISYS' Website; *see also* Sort & Repair System with PalletAI, *available at* *https://www.youtube.com/watch?v=6IrWCMBUMBw* and Alliance Automation Open House: Pallet AI in Action, *available at* *https://www.youtube.com/watch?v=HpoKcwBPAYg*.

53.     Notably, the December 1 press release in Pallet Enterprise states that "Alliance Automation has signed an exclusive contract to sell IVISYS' inspection systems and software in North America for the pallet industry. Also, Alliance Automation will be the exclusive integrator providing service and installation in North America for the distribution center and warehouse market. The first white-wood inspection system is set to be installed early next year at a Canadian pallet recycler." (Ex. F).

54.    Upon information and belief, prior to the December 1, 2023, press release, Alliance and IVISYS had already begun marketing, promoting, offering for sale, and selling the PalletAI system in the United States and North America.

55.    For example, as noted in the December 1, 2023, press release in Pallet Enterprise, and as discussed in more detail in a March 1, 2024 article in Pallet Enterprise, Niagara Pallet appears to have been the first company in North America to install the IVISYS PalletAI inspection system. Niagara Pallet is a pallet manufacturer, seller, and refurbishment company. *See* *https://www.niagarapallet.ca/products*.

56.    Later in March 2024, IVISYS issued a press release that reported an order of the IVISYS PalletAI system worth about 62.4 SEK (approximately $5.6M USD) to iGPS. iGPS is a pallet manufacturer, seller, and refurbishment company based in Orlando, Florida. *See* *https://igps.net/resources/plastic-pallets-your-definitive-guide/*.

57.    According to the press release, the order was IVISYS' largest order to date, included the delivery of 4 pieces of its PalletAI pallet inspection system, and was delivered together with IVISYS' installation partner in the US - Alliance. A true correct copy of the March 23, 2024, press release from IVISYS is attached hereto as Exhibit H.

58.    Upon information and belief, Alliance and IVISYS have continued to promote, market, offer for sale, and sell the PalletAI system in the United States over the past year, including but not limited to, at various trade shows (such as Automate 2024 in Chicago, EXPO Richmond 2024, and Pack Expo 2024 in Chicago), industry meetings (such as the National Wooden Pallet and Container Association Meeting in Ponte Vedra Beach), and at various open house events.

## COUNT I: DIRECT INFRINGEMENT OF THE '668 PATENT

59.     The allegations contained in the preceding paragraphs are incorporated as if set forth verbatim herein.

60.     IVISYS directly infringes, literally or under the doctrine of equivalents, one or more claims of the '668 Patent by, without authority, making, using, importing, selling, or offering to sell the PalletAI system within the United States in violation of 35 U.S.C. § 271.

61.     By way of example, IVISYS directly infringes, literally or under the doctrine of equivalents, at least Claim 3 of the '668 Patent by, without authority, making, using, importing, selling, or offering to sell the PalletAI system within the United States in violation of 35 U.S.C. § 271(a).

62.     The preamble to Claim 3 of the '668 Patent recites: "**A method of automated pallet repair, comprising the steps of:**"

63.     To the extent that the preamble of Claim 3 is determined to be limiting, use of the PalletAI system constitutes a method of automated pallet repair.

64.     Specifically, the Pallet AI system is part of an automated pallet sort and repair system.

65.     Both Alliance and IVISYS advertise the Pallet AI system as part of an automated pallet sort and repair system.

66.     For example, Alliance states on its website that:

PALLETAI enables scalable production and assures high-speed inspection, rejection and sorting based on defect type such as protruding nails, cracks in boards & blocks, missing, broken or dislocated boards or blocks, blocked tunnels, logo detection and verification (including iPAL QR codes etc.), paper and plastic residue and sorting based on appearance.

*See, e.g.,* https://ivisys.com/pallet-ai-solutions/.

67.     Alliance further provides multiple videos on its website and social media posts showing the Pallet AI system as part of an automated pallet sort and repair system. For example, the following video is posted to YouTube by Alliance:



*See, e.g.,* https://youtu.be/6IrWCMBUMBw; *see also* https://www.linkedin.com/posts/alliance-automation-llc_palletinspection-pallets-palletindustryactivity-7176276319234662401-Rts0?utm_source=share&utm_medium=member_desktop.

68.    Alliance further provides the following layout options on its website showing the Pallet AI system as part of an automated pallet sort and repair system:

 

*See, e.g.,* https://allianceautomation.com/pallet-inspection/.

69.    Limitation 3[A] of the '668 Patent recites: "**using a scanning device to create a three-dimensional data map of a pallet for detecting gaps and protrusions in the pallet**."

70.    Use of the PalletAI system constitutes using a scanning device to create a three-dimensional data map of a pallet for detecting gaps and protrusions in the pallet.

71.    Upon information and belief and based on the specifications provided by Alliance and IVISYS, the PalletAI system uses a machine vision system to collect 3D data on pallets.



**Pallet Inspection**

- Mixed size pallets: 30"x 30" to 60"X 60"
- Pallet orientation: compatible for long side, short side & side leading
- Preset recipes with 90 adjustable parameters
- 16 Cameras
- 175 images of each pallet
- 1,000 pictures per second
- 15,000 measurements
- Scan 2X per millimeter
- 6 second scan time
- Pallets per hour: dependent on size of the solution



*See, e.g.,* https://allianceautomation.com/pallet-inspection/.

72.    The PalletAI system utilizes multiple cameras to collect data regarding pallets.

73.    The PalletAI system utilizes a combination of cameras and lasers to collect data regarding pallets.

74.    The PalletAI system captures images of pallets from multiple angles.

75.    Upon information and belief, the PalletAI system extracts measurements from the captured images.

76.    IVISYS also advertises that the PalletAI system can detect "dimensional accuracy of the pallet (L x W x H)." https://ivisys.com/how-palletai-makes-a-difference/.

77.    Upon information and belief, the PalletAI system detects "dimensional accuracy" in three dimensions (length, width, and height) by creating a three-dimensional data map.

78.    As shown below, IVISYS advertised that the PalletAI system uses a combination of cameras, lasers, and tailored illumination to detect gaps and protruding material in the pallets that are inspected and/or scanned by the system.

# PALLETAI advantages

- Artificial Intelligence functions as a human-like inspector, thoroughly examining the pallet
- AI finds cracks and holes but also segments pallet parts with great accuracy for measurement and control
- AI similarly is perfect for detecting mold or discoloration through pattern recognition
- PALLETAI runs no less than 26 Neural Networks
- AI is better at finding visual defects which up until now has required human interaction – contamination, fungi, etc.
- 2D cameras are combined to achieve maximum effect
  Both color and black & white images acquired
- Lasers and tailored illumination
- Filters on cameras guarantee that only what is in focus will be captured, creating a robust system to contend with changing environments (sun, factory light)
- Precise triggering and instant analysis to deliver results

*See, e.g.*, https://web.archive.org/web/20241210052420/https://ivisys.com/pallet-ai/.

# PALLETAI inspection areas

## Top side:

- Length and width
- Length and width individual board
- Material loss
- Protruding material
- Component alignment
- Cracks on boards
- Skewness and planarity
- Discoloration and foreign material

## Side:

- Stamps
- Cracks
- Plastic wrap/threads
- Discoloration and foreign material

## Bottom side:

- Analysis of tunnels
  - Tunnel width and height
  - No material in tunnels
- Perimeter blocks and stringers
  - Material loss/missing component
  - Rotation
  - Cracks
  - Broken and repaired
- Analysis of deck & cross boards
  - Chips/wants/cracks
  - Material Loss
  - Missing components

*Id.*

79.    IVISYS' website also shows a looping video that appears to show that 3D data are generated and used by the PalletAI system to detect defects in the pallets.

80.    The following images are two illustrative still images from the looping video on IVISYS' website:

 

*See* https://ivisys.com/palletai/.

81.     Limitation 3[B] of the '668 Patent recites: "**filtering the three-dimensional data map into a two-dimensional image of on/off values by using a dynamically created height value, corresponding to a reference plane or set threshold offset above a board surface of the pallet**."

82.     Use of the PalletAI system constitutes filtering the three-dimensional data map into a two-dimensional image of on/off values by using a dynamically created height value, corresponding to a reference plane or set threshold offset above a board surface of the pallet.

83.     Upon information and belief, the PalletAI system collects three-dimensional data from the scanned pallet.

84.     For example, the allegations directed to Limitation 3[A], *supra,* which are incorporated herein, describes how the PalletAI system collects three-dimensional data.

85.     Further, a graphical user interface (GUI) screen associated with the PalletAI system depicts one or more 2D images.

86.     Specifically, the GUI display screens for the PalletAI system are shown in the following video provided on Alliance Automation's YouTube channel:



*See, e.g.,* https://www.youtube.com/watch?v=5iyjp7GNAc4

87.     Transformation of a three-dimensional map into a two-dimensional image is performed via a filter.

88.     On information and belief, the PalletAI system transforms a three-dimensional data map into a two-dimensional image of on/off values by using a dynamically created height value, corresponding to a reference plane or set threshold offset above a board surface of the pallet.

89.     Limitation 3[C] of the '668 Patent recites: "**<u>creating a recipe of repair operations from the three-dimensional data map; and</u>**."

90.     Use of the PalletAI system constitutes creating a recipe of repair operations from the three-dimensional data map.

91.     For example, the article published on March 1, 2024 in Pallet Enterprise indicates that the PalletAI system installed at Niagara Pallet is capable of identifying repair requirements. *See* Ex. I, pp. 2-3.

92.    Further, Alliance provides the following post and video on its social media sites showing the Pallet AI system as part of an automated pallet sort and repair system:





*See, e.g.,* https://www.linkedin.com/posts/alliance-automation-llc_palletinspection-pallets-palletindustryactivity-7176276319234662401-

Rts0?utm_source=share&utm_medium=member_desktop.

93.     Limitation 3[D] of the '668 Patent recites: "**transporting the pallet to at least one repair station in accordance with the recipe**."

94.     Use of the PalletAI system constitutes transporting the pallet to at least one repair station in accordance with the recipe.

95.     Upon information and belief, during operation of the PalletAI system, the system can instruct the conveyer to move damaged pallets to specific repair stations in line with the defects that may have been identified during the scanning and data processing stage. *See* Ex. I, pp. 2-3.

96.     Specifically, both Alliance and IVISYS advertise the PalletAI system as part of a sort and repair system, which can include conveyors (or robotic arms) that transport the pallets to a repair station, as shown in the videos referenced above.

97.     As a result of IVISYS' infringement of the '668 Patent, CHEP has been damaged and will continue to be damaged by IVISYS' unlawful conduct. CHEP is entitled to recover damages pursuant to 28 U.S.C. § 284 adequate to compensate for IVISYS' infringing activities in an amount to be determined at trial, but in no event less than a reasonable royalty.

98.     IVISYS' infringement of the '668 Patent has injured and continues to injure CHEP and will continue to cause irreparable harm to CHEP unless IVISYS is enjoined from infringing one or more claims of the '668 Patent. CHEP is entitled to preliminary and/or permanent injunctive relief against IVISYS from further infringement pursuant to 28 U.S.C. § 283.

## COUNT II: DIRECT INFRINGEMENT OF THE '360 PATENT

99.     The allegations contained in the preceding paragraphs are incorporated as if set forth verbatim herein.

100.    IVISYS directly infringes, literally or under the doctrine of equivalents, one or more claims of the '360 Patent by, without authority, making, using, importing, selling, or offering to sell the PalletAI system within the United States in violation of 35 U.S.C. § 271.

101.    By way of example, IVISYS directly infringes, literally or under the doctrine of equivalents, at least Claim 9 of the '360 Patent by, without authority, making, using, importing, selling, or offering to sell the PalletAI system within the United States in violation of 35 U.S.C. § 271(a).

102.    The preamble to Claim 9 of the '360 Patent recites: "**A method for operating a pallet inspection station comprising:**."

103.    To the extent that the preamble to claim 9 is determined to be limiting, use of the PalletAI system constitutes performing a method for operating a pallet inspection station.

104.    Specifically, the Pallet AI system is part of an automated pallet inspection and sorting system.

105.    Both Alliance and IVISYS advertise the Pallet AI system as part of an automated pallet inspection and sorting  system.

106.    For example, Alliance states on its website that:

PALLETAI enables scalable production and assures high-speed inspection, rejection and sorting based on defect type such as protruding nails, cracks in boards & blocks, missing, broken or dislocated boards or blocks, blocked tunnels, logo detection and verification (including iPAL QR codes etc.), paper and plastic residue and sorting based on appearance.

*See, e.g.,* https://ivisys.com/pallet-ai-solutions/.

107.    Alliance further provides multiple videos on its website and social media posts showing the Pallet AI system as part of an automated pallet inspection and sorting system.

108.    For example, Alliance made the following LinkedIn post:



*See,    e.g.,*    https://www.linkedin.com/posts/alliance-automation-llc_palletinspection-pallets-palletindustryactivity-7176276319234662401-

Rts0?utm_source=share&utm_medium=member_desktop.

109.    Limitation 9[A] of the '360 Patent recites: "**operating at least one laser to direct light toward a pallet comprising a number of elements to be inspected**."

110.    Use of the PalletAI system constitutes operating at least one laser to direct light toward a pallet comprising a number of elements to be inspected.

111.    Specifically, IVISYS advertised that the PalletAI system uses a combination of cameras, lasers, and tailored illumination to inspect various elements of each pallet:



*See, e.g.*, https://web.archive.org/web/20241210052420/https://ivisys.com/pallet-ai/.

## PALLETAI inspection areas

### Top side:

- Length and width
- Length and width individual board
- Material loss
- Protruding material
- Component alignment
- Cracks on boards
- Skewness and planarity
- Discoloration and foreign material

### Side:

- Stamps
- Cracks
- Plastic wrap/threads
- Discoloration and foreign material

### Bottom side:

- Analysis of tunnels
  - Tunnel width and height
  - No material in tunnels
- Perimeter blocks and stringers
  - Material loss/missing component
  - Rotation
  - Cracks
  - Broken and repaired
- Analysis of deck & cross boards
  - Chips/wants/cracks
  - Material Loss
  - Missing components

*Id.*

112.    Limitation 9[B] of the '360 Patent recites: "**operating at least one camera to collect the light reflected from the pallet, and generating three-dimensional points based on the reflected light, with each point having an x-, a y-, and a z-coordinate**."

113.    Use of the PalletAI system constitutes operating at least one camera to collect the light reflected from the pallet, and generating three-dimensional points based on the reflected light, with each point having an x-, a y-, and a z-coordinate.

114.    Upon information and belief and based on the specifications provided by Alliance and IVISYS, the PalletAI system uses a machine vision system to collect 3D data on pallets.



**Pallet Inspection**

- Mixed size pallets: 30"x 30" to 60"X 60"
- Pallet orientation: compatible for long side, short side & side leading
- Preset recipes with 90 adjustable parameters
- 16 Cameras
- 175 images of each pallet
- 1,000 pictures per second
- 15,000 measurements
- Scan 2X per millimeter
- 6 second scan time
- Pallets per hour: dependent on size of the solution



*See, e.g.,* https://allianceautomation.com/pallet-inspection/.

115.    Upon information and belief, the PalletAI system utilizes at least one camera to collect data regarding pallets.

116.    Specifically, at least one camera in the PalletAI system collects light reflected from a pallet.

117.    Upon information and belief, the PalletAI system captures images of pallets from multiple angles.

118.    Upon information and belief, the PalletAI system determines measurements from the captured images.

119.    IVISYS also advertises that the PalletAI system can detect "dimensional accuracy of the pallet (L x W x H)." https://ivisys.com/how-palletai-makes-a-difference/.

120.    Upon information and belief, the PalletAI system detects "dimensional accuracy" in three dimensions (length, width, and height) by generating three-dimensional points, with each point having an x-, a y-, and a z-coordinate.

121.    As shown below, IVISYS advertised that the PalletAI system uses a combination of cameras, lasers, and tailored illumination to inspect various 3D elements such as length, width,

and height of the pallets that are inspected and/or scanned by the system, the presence of protruding material, and tunnel width and height.



**PALLETAI advantages**

- Artificial Intelligence functions as a human-like inspector, thoroughly examining the pallet
- AI finds cracks and holes but also segments pallet parts with great accuracy for measurement and control
- AI similarly is perfect for detecting mold or discoloration through pattern recognition
- PALLETAI runs no less than 26 Neural Networks
- AI is better at finding visual defects which up until now has required human interaction – contamination, fungi, etc.
- 2D cameras are combined to achieve maximum effect
  Both color and black & white images acquired
- Lasers and tailored illumination
- Filters on cameras guarantee that only what is in focus will be captured, creating a robust system to contend with changing environments (sun, factory light)
- Precise triggering and instant analysis to deliver results

*See, e.g.*, https://web.archive.org/web/20241210052420/https://ivisys.com/pallet-ai/.

# PALLETAI inspection areas

**Top side:**

- Length and width
- Length and width individual board
- Material loss
- Protruding material
- Component alignment
- Cracks on boards
- Skewness and planarity
- Discoloration and foreign material

**Side:**

- Stamps
- Cracks
- Plastic wrap/threads
- Discoloration and foreign material

**Bottom side:**

- Analysis of tunnels
  - Tunnel width and height
  - No material in tunnels
- Perimeter blocks and stringers
  - Material loss/missing component
  - Rotation
  - Cracks
  - Broken and repaired
- Analysis of deck & cross boards
  - Chips/wants/cracks
  - Material Loss
  - Missing components

*Id.*

122.    IVISYS' website also shows a looping video that appears to show that 3D data are generated and used by the PalletAI system to detect defects in the pallets.

123.    The following images are two illustrative still images from the looping video on IVISYS' website:

 

*See* https://ivisys.com/palletai/.

124.    Upon information and belief, the PalletAI system generates 3D data, such that each data point includes a relative length, width, and height position.

125.    Upon information and belief, the relative length, width, and height positions are stored as x-, y-, and z- coordinates.

126.    Limitation 9[C] of the '360 Patent recites: "**analyzing the reflected light based on the following**[:]" (i) "**filtering the three-dimensional points to obtain a top surface geometry and topography by discarding points having a z-coordinate below a threshold**," (ii) "**identifying a type and number of each element based on the top surface geometry and topography**," (iii) "**determining a pallet design from the type and number of each element, and**" (iv) "**comparing each element of the pallet to a database to generate a list of repairs**."

127.    Use of the PalletAI system constitutes analyzing the reflected light based on: (i) filtering the three-dimensional points to obtain a top surface geometry and topography by discarding points having a z-coordinate below a threshold, (ii) identifying a type and number of each element based on the top surface geometry and topography, (iii) determining a pallet design from the type and number of each element, and (iv) comparing each element of the pallet to a database to generate a list of repairs.

128.    The PalletAI system includes one or more cameras which capture light reflected from a pallet.

129.    The PalletAI system analyzes the reflected light from a pallet.

130.    In explaining how the machine vision of the PalletAI system works, IVISYS states that reflected light is analyzed by one or more cameras in the system.

> We identify and apply the machine vision hardware out of the task it's supposed to perform and the specific production or logistics application where it's going to be used. Cameras can be set for different resolutions and monochromatic or color, and the illumination can be LED-lights or lasers in different wavelengths. The camera lenses are chosen based on the specific geometry and the field of view needed for the task.
>
> Light is made of elementary particles, called photons, which rides on the electromagnetic field as radiation. Depending on the thermal properties of the particle, it vibrates at different vibration speeds, which, when carried by the electromagnetic field, become a wave. The wave leads to radiation of different wavelength spectrums like the UV-spectrum, visible spectrum, infrared spectrum, and so on.
>
> When the photon hits an object, the object reflects some wavelengths and absorbs other wavelengths leading the reflected photons beams out in various directions, or in controlled directions, depending on the object material/surface, its geometry and what illumination technology was used.
>
> The photons of the reflected wavelengths are gathered by a lens in different ways, depending on its construction. Lenses are chosen based on which electromagnetic spectrum we're looking to detect, how much of the object that needs to be seen, at what distance the object is from the image acquisition device (i.e., camera) and what light reflection geometry needs to be detected.
>
> When the light passes the lens, it is gathered by the image acquisition device, the sensor, in so-called "photon wells" where the photon's energy is "transformed" into electrons that in turn are converted to a voltage level. This voltage level can be digitized to a value, a digital number – a DN, a value depending on the sensor's bit depth.
>
> These DNs are then structured into a matrix to form an image of the true world object that allows different kinds of measurements and analysis to be applied.

*See* https://ivisys.com/what-you-see-is-what-you-get-then-add-some/.

131.    Specifically, limitation 9[C.i] of the '360 Patent recites: "**<u>analyzing the reflected light based on … filtering the three-dimensional points to obtain a top surface geometry and topography by discarding points having a z-coordinate below a threshold.</u>**"

132.    Use of the PalletAI system constitutes analyzing the reflected light based on filtering the three-dimensional points to obtain a top surface geometry and topography by discarding points having a z-coordinate below a threshold.

133.    The PalletAI system analyzes the top surface of subject pallets, including but not limited to the geometry and topography of the top side.

# PALLETAI inspection areas

**Top side:**

- Length and width
- Length and width individual board
- Material loss
- Protruding material
- Component alignment
- Cracks on boards
- Skewness and planarity
- Discoloration and foreign material

**Side:**

- Stamps
- Cracks
- Plastic wrap/threads
- Discoloration and foreign material

**Bottom side:**

- Analysis of tunnels
  - Tunnel width and height
  - No material in tunnels
- Perimeter blocks and stringers
  - Material loss/missing component
  - Rotation
  - Cracks
  - Broken and repaired
- Analysis of deck & cross boards
  - Chips/wants/cracks
  - Material Loss
  - Missing components

*See, e.g.*, https://web.archive.org/web/20241210052420/https://ivisys.com/pallet-ai/.

134. Upon information and belief, the PalletAI system collects three-dimensional data from the scanned pallet.

135. For example, the allegations directed to Limitation 9[B], *supra,* which are incorporated herein, describes how the PalletAI system collects three-dimensional data.

136. Further, a graphical user interface (GUI) screen associated with the PalletAI system depicts one or more 2D images.

137. Specifically, the GUI display screens for the PalletAI system are shown in the following video provided on Alliance Automation's YouTube channel:



*See, e.g.,* https://www.youtube.com/watch?v=5iyjp7GNAc4.

138.    Transformation of a three-dimensional map into a two-dimensional image is performed via a filter.

139.    On information and belief, the PalletAI system transforms a three-dimensional data map to obtain a top surface geometry and topography by discarding points having a z-coordinate below a threshold.

140.    Limitation 9[C.ii] of the '360 Patent recites: "**<u>analyzing the reflected light based on … identifying a type and number of each element based on the top surface geometry and topography</u>**."

141.    Use of the PalletAI system constitutes analyzing the reflected light based on identifying a type and number of each element based on the top surface geometry and topography.

142.    For example, the allegations directed to Limitation 9[C.i], *supra,* which are incorporated herein, describes how the PalletAI system analyzes the top surface geometry and topography of a subject pallet.

143.    The PalletAI system analyzes the top surface of subject pallets, including but not limited to analysis of individual boards.

# PALLETAI inspection areas

**Top side:**

- Length and width
- Length and width individual board
- Material loss
- Protruding material
- Component alignment
- Cracks on boards
- Skewness and planarity
- Discoloration and foreign material

**Bottom side:**

- Analysis of tunnels
  - Tunnel width and height
  - No material in tunnels
- Perimeter blocks and stringers
  - Material loss/missing component
  - Rotation
  - Cracks
  - Broken and repaired
- Analysis of deck & cross boards
  - Chips/wants/cracks
  - Material Loss
  - Missing components

**Side:**

- Stamps
- Cracks
- Plastic wrap/threads
- Discoloration and foreign material

*See, e.g.*, https://web.archive.org/web/20241210052420/https://ivisys.com/pallet-ai/.

144.    Limitation 9[C.iii] of the '360 Patent recites: "**analyzing the reflected light based on … determining a pallet design from the type and number of each element**."

145.    Use of the PalletAI system constitutes analyzing the reflected light based on determining a pallet design from the type and number of each element.

146.    "PALLETAI can identify pallet size, color, condition, specific damage to individual components, compliance with established standards, etc." https://palletenterprise.com/alliance-automation-partners-with-ivisys/.

147.    Upon information and belief, and based on information provided by IVISYS' sales manager at the Automate 2024 trade show, when a pallet first enters the PalletAI system, the system detects the type of pallet and displays the type of pallet in real time on the graphical user interface (GUI) display screen. *See also* Limitation 9[C.ii], *supra,* which is incorporated herein.

148.    Limitation 9[C.iv] of the '360 Patent recites: "**analyzing the reflected light based on … comparing each element of the pallet to a database to generate a list of repairs**."

149.    Use of the PalletAI system constitutes analyzing the reflected light based on comparing each element of the pallet to a database to generate a list of repairs.

150.    "PALLETAI can identify pallet size, color, condition, specific damage to individual components, compliance with established standards, etc." https://palletenterprise.com/alliance-automation-partners-with-ivisys/.

151.    Upon information and belief, and based on information provided by IVISYS' sales manager at the Automate 2024 trade show, the elements of the inspected pallet are compared to a set of parameters or thresholds to determine whether a pallet needs to be repaired. The system can generate a report that lists each failed pallet and identifies the defects in the pallet that need to be repaired. *See also* Limitation 9[C.iii], *supra,* which is incorporated herein.

152.    Further, Alliance provides the following post and video on its social media sites such as LinkedIn showing that the PalletAI system will generate a list of repairs:

34



*See, e.g.,* https://www.linkedin.com/posts/alliance-automation-llc_palletinspection-pallets-

palletindustryactivity-7176276319234662401-

Rts0?utm_source=share&utm_medium=member_desktop.

153.    As a result of IVISYS' infringement of the '360 Patent, CHEP has been damaged

and will continue to be damaged by IVISYS' unlawful conduct. CHEP is entitled to recover

damages pursuant to 28 U.S.C. § 284 adequate to compensate for IVISYS' infringing activities in an amount to be determined at trial, but in no event less than a reasonable royalty.

154.    IVISYS' infringement of the '360 Patent has injured and continues to injure CHEP and will continue to cause irreparable harm to CHEP unless IVISYS is enjoined from infringing one or more claims of the '360 Patent. CHEP is entitled to preliminary and/or permanent injunctive relief against IVISYS from further infringement pursuant to 28 U.S.C. § 283.

## COUNT III: DIRECT INFRINGEMENT OF THE '976 PATENT

155.    The allegations contained in the preceding paragraphs are incorporated as if set forth verbatim herein.

156.    IVISYS directly infringes, literally or under the doctrine of equivalents, one or more claims of the '976 Patent by, without authority, making, using, importing, selling, or offering to sell the PalletAI system within the United States in violation of 35 U.S.C. § 271.

157.    By way of example, IVISYS directly infringes, literally or under the doctrine of equivalent, at least Claim 1 of the '976 Patent by, without authority, making, using, importing, selling, or offering to sell the PalletAI system within the United States in violation of 35 U.S.C. § 271(a).

158.    The preamble to Claim 1 of the '976 Patent recites: "**An automated pallet inspection station comprising:** ."

159.    To the extent that the preamble to Claim 1 is determined to be limiting, the PalletAI system is an automated pallet inspection station.

160.    Both Alliance and IVISYS advertise the Pallet AI system as part of an automated pallet inspection and sorting  system.

161.    For example, Alliance states on its website that:

PALLETAI enables scalable production and assures high-speed inspection, rejection and sorting based on defect type such as protruding nails, cracks in boards & blocks, missing, broken or dislocated boards or blocks, blocked tunnels, logo detection and verification (including iPAL QR codes etc.), paper and plastic residue and sorting based on appearance.

*See, e.g.,* https://ivisys.com/pallet-ai-solutions/.

162.    Alliance further provides multiple videos on its website and social media posts showing the Pallet AI system as part of an automated pallet inspection and sorting system.

163.    For example, Alliance made the following LinkedIn post:



*See,    e.g.,*    https://www.linkedin.com/posts/alliance-automation-llc_palletinspection-pallets-palletindustryactivity-7176276319234662401-

Rts0?utm_source=share&utm_medium=member_desktop.

164.    Limitation 1[A] of the '976 Patent recites: "**a frame**."

165.    The PalletAI system includes a frame.



*See* https://allianceautomation.com/pallet-inspection/.

166.    Limitation 1[B] of the '976 Patent recites: "**a transport system carried by said frame for transporting a pallet to be inspected**."

167.    The PalletAI system includes a transport system carried by said frame for transporting a pallet to be inspected.

168.    Specifically, as shown in the following images, the PalletAI system includes a frame that supports a transport system in the form of a conveyer belts and/or rollers.



*See* https://allianceautomation.com/pallet-inspection/.



*See* https://allianceautomation.com/pallet-inspection/.

169.    The frame, including the conveyer belts and rollers, are also shown in the following posts and videos on Alliance's social media sites, including but not limited to LinkedIn:



*See* https://www.linkedin.com/posts/alliance-automation-llc_palletai-nwpcaalc-palletsmovetheworld-activity-7175940412962926592-okiz.



*See, e.g.,* https://www.linkedin.com/posts/alliance-automation-llc_palletinspection-pallets-palletindustryactivity-7176276319234662401-Rts0?utm_source=share&utm_medium=member_desktop.

170.    Limitation 1[C] of the '976 Patent recites: "**at least one pallet feature sensing head adjacent said transport system for generating a three-dimensional data map of the pallet**."

171.    The PalletAI system includes at least one pallet feature sensing head adjacent said transport system for generating a three-dimensional data map of the pallet.

172.    As shown in the images below from Alliance's social media sites, the PalletAI includes at least one pallet feature sensing head adjacent to the transport system that includes a combination of cameras, lasers, and lighting.



*See* https://www.linkedin.com/posts/alliance-automation-llc_pallets-palletinspection-automation-activity-7219438627456479233-iPqe.



173.    Upon information and belief and based on the specifications provided by Alliance and IVISYS, the PalletAI system uses a machine vision system to collect 3D data on pallets.

 PALLET AI

**Pallet Inspection**

- Mixed size pallets: 30"x 30" to 60"X 60"
- Pallet orientation: compatible for long side, short side & side leading
- Preset recipes with 90 adjustable parameters
- 16 Cameras
- 175 images of each pallet
- 1,000 pictures per second
- 15,000 measurements
- Scan 2X per millimeter
- 6 second scan time
- Pallets per hour: dependent on size of the solution



*See, e.g.,* https://allianceautomation.com/pallet-inspection/.

174.    Upon information and belief, the PalletAI system utilizes multiple cameras to collect data regarding pallets.

175.    Upon information and belief, the PalletAI system utilizes a combination of cameras and lasers to collect data regarding pallets.

176.    Upon information and belief, the PalletAI system captures images of pallets from multiple angles.

177.    Upon information and belief, the PalletAI system extracts measurements from the captured images.

178.    IVISYS also advertises that the PalletAI system can detect "dimensional accuracy of the pallet (L x W x H)." https://ivisys.com/how-palletai-makes-a-difference/.

179.    Upon information and belief, the PalletAI system detects "dimensional accuracy" in three dimensions (length, width, and height) by creating a three-dimensional data map.

180.    As shown below, IVISYS states on its website that the PalletAI system uses a combination of cameras, lasers, and tailored illumination to detect gaps and protruding material in the pallets that are inspected and/or scanned by the system.

# PALLETAI advantages

- Artificial Intelligence functions as a human-like inspector, thoroughly examining the pallet
- AI finds cracks and holes but also segments pallet parts with great accuracy for measurement and control
- AI similarly is perfect for detecting mold or discoloration through pattern recognition
- PALLETAI runs no less than 26 Neural Networks
- AI is better at finding visual defects which up until now has required human interaction – contamination, fungi, etc.
- 2D cameras are combined to achieve maximum effect
  Both color and black & white images acquired
- Lasers and tailored illumination
- Filters on cameras guarantee that only what is in focus will be captured, creating a robust system to contend with changing environments (sun, factory light)
- Precise triggering and instant analysis to deliver results

# PALLETAI inspection areas

### Top side:

- Length and width
- Length and width individual board
- Material loss
- Protruding material
- Component alignment
- Cracks on boards
- Skewness and planarity
- Discoloration and foreign material

### Side:

- Stamps
- Cracks
- Plastic wrap/threads
- Discoloration and foreign material

### Bottom side:

- Analysis of tunnels
  - Tunnel width and height
  - No material in tunnels
- Perimeter blocks and stringers
  - Material loss/missing component
  - Rotation
  - Cracks
  - Broken and repaired
- Analysis of deck & cross boards
  - Chips/wants/cracks
  - Material Loss
  - Missing components

*See, e.g.*, https://web.archive.org/web/20241210052420/https://ivisys.com/pallet-ai/.

181.    IVISYS' website also shows a looping video that appears to show that 3D data are generated and used by the PalletAI system to detect defects in the pallets.

182.    The following images are two illustrative still images from the looping video on IVISYS' website:



*See* https://ivisys.com/palletai/.

183.    Limitation 1[D] of the '976 Patent recites: "**a filter for filtering the three-dimensional data map into a two-dimensional image comprising on/off values by using a dynamically created height value corresponding to a set threshold offset above a board surface of the pallet**."

184.    The PalletAI system includes a filter for filtering the three-dimensional data map into a two-dimensional image comprising on/off values by using a dynamically created height value corresponding to a set threshold offset above a board surface of the pallet.

185.    Upon information and belief, the PalletAI system collects three-dimensional data from the scanned pallet.

186.    For example, the allegations directed to Limitation 1[C], *supra,* which are incorporated herein, describes how the PalletAI system collects three-dimensional data.

187.    Further, a graphical user interface (GUI) screen associated with the PalletAI system depicts one or more 2D images.

188.    Specifically, the GUI display screens for the PalletAI system are shown in the following video provided on Alliance Automation's YouTube channel:



*See, e.g.,* https://www.youtube.com/watch?v=5iyjp7GNAc4

189.    Transformation of a three-dimensional map into a two-dimensional image is performed via a filter.

190.    On information and belief, the PalletAI system transforms a three-dimensional data map into a two-dimensional image of on/off values by using a dynamically created height value, corresponding to a reference plane or set threshold offset above a board surface of the pallet.

191.    As a result of IVISYS' infringement of the '976 Patent, CHEP has been damaged and will continue to be damaged by IVISYS' unlawful conduct. CHEP is entitled to recover damages pursuant to 28 U.S.C. § 284 adequate to compensate for IVISYS' infringing activities in an amount to be determined at trial, but in no event less than a reasonable royalty.

192.    IVISYS' infringement of the '976 Patent has injured and continues to injure CHEP and will continue to cause irreparable harm to CHEP unless IVISYS is enjoined from infringing

one or more claims of the '976 Patent. CHEP is entitled to preliminary and/or permanent injunctive relief against IVISYS from further infringement pursuant to 28 U.S.C. § 283.

## JURY DEMAND

CHEP hereby respectfully requests a trial by jury as to all issues raised in this Complaint, pursuant to Rule 38 of the Federal Rules of Civil Procedure.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs CHEP Technology Pty Limited., and CHEP USA pray that this Court enter judgment in favor of Plaintiffs and against Defendants IVISYS AB, IVISYS Sweden AB, and IVISYS INC. as follows:

A. Entry of judgment that IVISYS has directly infringed the '668 Patent, the '360 Patent, and/or the '976 Patent Pursuant to 35 U.S.C. § 271 (a);

B. An Order permanently enjoining IVISYS, and its respective agents, officers, directors, employees, attorneys, affiliated companies, successors-in-interest, and all those in active concert or participation with it, and all other parties properly enjoined by law, from infringing directly or indirectly, or inducing others to directly infringe one or more claims of the '668 Patent, '360 Patent, and/or the '976 Patent;

C. An Order that IVISYS provide and accounting and pay to Plaintiffs damages in an amount adequate to compensate Plaintiffs for IVISYS' infringement of the '668 Patent, '360 Patent, and/or the '976 Patent, including damages for lost profits, but in no event less than a reasonable royalty pursuant to 35 U.S.C. § 284;

D. An Order that this is an exceptional case under 35 U.S.C. § 285, meriting that Plaintiffs be awarded their costs, their reasonable attorneys' fees, and all other expenses incurred in connection with this action; and

E.   Any other relief that the Court finds legal, just and equitable, as may be available under

law.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jtigan@morisnichols.com

*Attorneys for Plaintiffs CHEP Technology Pty
Limited and CHEP USA*

OF COUNSEL:

Joseph W. Staley
Scott P. Amy
PERILLA KNOX & HILDEBRANDT LLP
5871 Glenridge Drive, Suite 350
Atlanta, GA 30328
(770) 927-7802

April 29, 2025